# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: DR:24-M -00455(1) |
| | § |
| (1) Adelaido Martinez Martinez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 21, 2024** in **Kinney** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Adelaido MARTINEZ MARTINEZ, an alien, entered, or was found in the United States at or near Brackettville, Texas, after having been denied admission, excluded, deported, or removed from the United States through Del Rio, Tx, Intl Bridge on 01/19/2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully, a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, Quezada, Emanuel** and that this complaint is based on the following facts: *"The defendant, Adelaido MARTINEZ MARTINEZ, was arrested by Border Patrol Agents, on February 21, 2024 for being an alien illegally present in the United States.*
**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Quezada, Emanuel
Signature of Complainant
Quezada, Emanuel
Border Patrol Agent

02/21/2024
File Date

at   DEL RIO, Texas
City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:24-M -00455(1)

(1) Adelaido Martinez Martinez

**Continuation of Statement of Facts:**

Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 01/19/2016 through Del Rio, Tx, Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____  
Signature of Judicial Officer

/s/ Quezada, Emanuel  
Signature of Complainant